LOUIS LANGHEINZ, RELATOR, v. WILLIAM T. KALTEN-BACH, BUILDING INSPECTOR OF THE CITY OF ELIZA-BETH, DEFENDANT.

Argued May 5, 1925—Decided June 3, 1925.

**Municipalities — Zoning — Stores in Residential District — Case Controlled by Union County Dev. Co. v. Kaltenbach, 3 N. J. Mis. R. 341.**

On rule to show cause why a writ of *mandamus* should not issue.

Before Justices TRENCHARD, KATZENBACH and LLOYD.

For the relator, *Stamler, Stamler & Koestler*.

For the defendant, *Joseph T. Hague*.

PER CURIAM.

This is a. rule to show..cause why a writ of *mandamus* should not issue commanding William T. Kaltenbach, build-. ing inspector of .the city .of Elizabeth,. to issue to the relator a permit to..erect a two and a half story brick building for a drug store and.dwelling upon his lot on the northwest corner of Elmora and .Jersey avenue, and known as No. 130 Elmora avenue, in the city of Elizabeth, New Jersey.

. Our examination of the . record presented, and a careful consideration of the arguments of counsel, leads us to the conclusion -that the present case. is controlled by the decisions of the Supreme Court in *Union County Development Co.* v. *Kaltenbach,* 3. *N. J. Mis. R.* 341, *and Falco* v. *Kaltenbach,* *3 Id.* 333.

As all the facts are before us, a peremptory writ will be awarded, with privilege of applying for an order molding the pleadings if an appeal is desired.